Brandt L. Wolkin, Esq., SBN 112220
Catharine M. Tolson, Esq., SBN 271223
GOODMAN NEUMAN HAMILTON
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone:    (415) 705-0400
bwolkin@gnhllp.com
ctolson@gnhllp.com

Attorneys for plaintiff
STATE NATIONAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DELGADO DBA DELGADOS HVAC & APPLIANCE; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-03942-NW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STATE NATIONAL INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDGAR DELGADO DBA DELGADOS HVAC & APPLIANCE**<br><br>Date:  March 4, 2026<br>Time:  9:00 a.m.<br>Courtroom 3, 5th Floor |

Pursuant to the Motion for Default Judgment made by plaintiff STATE NATIONAL INSURANCE COMPANY ("SNIC"), the Court finds it appropriate to enter Judgment in favor of SNIC as follows:

Damages:                    $14,901.10

Prejudgment Interest:       $ 0

Attorney fees:              $ 0

Costs:                      $ 0

FURTHER, Judgment is entered in favor of SNIC as follows:

On its *First Cause of Action for Declaratory Relief – No Duty to Defend*, a judicial declaration that there is no potential coverage for the claims made against Delgado in the

1

underlying wrongful death suit under SNIC Policy No. NXT3L858M9-00-GL, effective July 28, 2021 through July 28, 2022, and the renewal SNIC Policy No. NXT3L858M9-01-GL, effective July 28, 2022 through July 28, 2023, in particular, because of the interposition of the policy's Business Description endorsement against the factual scenario of the loss and, as such, SNIC owes no duty to defend Delgado from or against any liability it may sustain in that underlying wrongful death suit;

On its *Second Cause of Action for Declaratory Relief – No Duty to Indemnify*, a judicial declaration that there is no potential coverage for the claims made against Delgado in the underlying wrongful death suit under SNIC Policy No. NXT3L858M9-00-GL, effective July 28, 2021 through July 28, 2022, and the renewal SNIC Policy No. NXT3L858M9-01-GL, effective July 28, 2022 through July 28, 2023, in particular, because of the interposition of the policy's Business Description endorsement against the factual scenario of the loss and, as such, SNIC owes no duty to indemnify Delgado from or against any liability it may sustain in that underlying wrongful death suit;

On its *Third Cause of Action for Rescission*, rescission of SNIC Policy No. NXT3L858M9-00-GL, effective July 28, 2021 through July 28, 2022, and the renewal SNIC Policy No. NXT3L858M9-01-GL, effective July 28, 2022 through July 28, 2023, due to the material misrepresentations in Delgado's application for insurance.

On its *Fourth Cause of Action for Recoupment of Amounts Paid on Uncovered Claims*, recoupment of all sums SNIC expended toward Delgado's defense of the Underlying Action and all sums it expended toward indemnity of Delgado in the underlying *Lopez* suit, if any.

///

///

///

///

///

///

2

PROPOSED ORDER GRANTING MOTION             CASE NO. 5:25-CV-03942 NW
FOR DEFAULT JUDGMENT

With judgment hereby entered in favor of SNIC, this action is ordered dismissed on the merits with prejudice.  Upon entry of judgement herein, this judgment is final for all purposes.

IT IS SO ORDERED.

Dated: March 30, 2026 _____

The Honorable Noël Wise,

District Judge of the United States District Court, in and for the

Northern District of California

3

PROPOSED ORDER GRANTING MOTION    CASE NO. 5:25-CV-03942 NW
FOR DEFAULT JUDGMENT